IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ROBERT L. MILLER,** : | |
| : | |
| Plaintiff, : | Case No. 2:13-CV-1266 |
| : | |
| v. : | **JUDGE ALGENON L. MARBLEY** |
| : | |
| **COMMISSIONER OF SOCIAL SECURITY** : | Magistrate Judge Deavers |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation**. (Doc. 18). On February 24, 2015, the Magistrate Judge issued the Report and Recommendation, recommending that the Commissioner's finding be affirmed. The parties were specifically advised of their right to object to this Report and Recommendation, and of the consequences of their failure to do so. (Doc. 18 at 25-26). The parties have failed to respond. The deadline for objections lapsed on March 13, 2015.

The Court hereby **ADOPTS** the Report and Recommendation based on independent consideration of the analysis therein. Accordingly, the Commissioner's finding is **AFFIRMED**. This case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

                                                s/ Algenon L. Marbley
                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED: March 18, 2015**